IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONICA MANNOIA, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) CASE NO. 1:10-CV-517-WKW |
| | ) |
| LEILA L. DAGOSTIM, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| WILLIAM C. CARN, III, | ) |
| | ) |
| Trustee. | ) |

**ORDER**

Upon consideration of Appellant's Notice of Withdrawal of Notice of Appeal (Doc. # 2), construed as a motion to withdraw the notice of appeal, it is ORDERED that the motion is GRANTED, the Notice of Appeal (Doc. # 1) is WITHDRAWN, and the appeal is DISMISSED.  The Clerk of the Court is DIRECTED to close this case.

DONE this 6th day of July, 2010.

/s/ W.  Keith Watkins
UNITED STATES DISTRICT JUDGE